| | | | |
|---|---|---|---|
| Com. v. Taylor . . . . . | 12/08/2015376 EAL (2015) | Denied | Pa.Super., 122 A.3d 455 |
| Com. v. Torres [37] . . . | 12/29/2015579 MAL (2015) | Denied | Pa.Super., 105 A.3d 47 |
| Com. v. Tricome. . . . | 12/21/2015646 MAL (2015) | Denied | Pa.Super., 120 A.3d 1059 |
| Com. v. Williams [38] | 12/29/2015479 MAL (2015) | Denied | Pa.Super., 120 A.3d 1060 |
| Com. v. Wilson . . . . . | 12/08/2015453 EAL (2015) | Denied | Pa.Super., 125 A.3d 438 |
| DeFrancesco v. Lehigh Valley Health Network, Inc. [39] . . | 12/29/2015478 MAL (2015) | Denied | |
| Greenville Surgical Associates, P.C. v. Arreola [40] . . . . . . . . | 12/29/2015414, 415 WAL (2015) | Denied | Pa.Super., 125 A.3d 442 |
| Huyett v. Doug's Family Pharmacy [41] . . . . . . . . . . . . | 12/29/2015555 MAL (2015) | Denied | Pa.Super., 122 A.3d 1136 |
| Linde v. Linde Enterprises, Inc.; Linde, In re [42] . . . . | 12/23/2015528 MAL (2015) | Denied | Pa.Super., 118 A.3d 422 |
| Luckring v. Blair . . . | 12/21/2015546 MAL (2015) | Denied | Pa.Super., 122 A.3d 1133 |

37. Justice EAKIN did not participate in the decision of this matter.
38. Justice EAKIN did not participate in the decision of this matter.
39. Justice EAKIN did not participate in the decision of this matter.
40. Justice EAKIN did not participate in the decision of this matter.
41. Justice EAKIN did not participate in the decision of this matter.
42. Justice EAKIN did not participate in the decision of this matter.